

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2020

No. 04-19-00543-CV

Elsa **PRADO**, Individually and as Representative of the Estate of Rolando Prado, Jr., Deceased, and as Next Friend of A.P., Minor; Elizabeth Prado; Rolando Prado; and Maria Prado, Appellants

v.

**LONESTAR RESOURCES, INC.,** Ezra Alderman Ranches, Inc. and Union Pacific Railroad Company, Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 16-07-00095-CVL
Honorable Susan D. Reed, Judge Presiding

# O R D E R

Appellees' motions for an extension of time to file their respective appellees' briefs. We order appellees' briefs due August 6, 2020.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court